# United States District Court
## Eastern District of California

SEP - 6 2005 

UNITED STATES OF AMERICA
v.
**DEVONNA ROSELLE SMITH**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:92CR00393 01**

JAMES R. GREINER, ESQ.
Defendant's Attorney

**THE DEFENDANT:**
[✓]  admitted guilt to violation of charge 1 as alleged in the violation petition filed on 06/09/2005.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | NEW LAW VIOLATION | 06/08/2005 |

The court: [✓] revokes: supervision heretofore ordered on 12/16/1993.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

08/25/2005
Date of Imposition of Sentence

_____
Signature of Judicial Officer

**HON. DAVID F. LEVI**, United States District Judge
Name & Title of Judicial Officer

September 2, 2005
Date

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office
ATTEST: Jack L. Wagner
Clerk, U.S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated: 09/06/05

CASE NUMBER:     2:92CR00393 01                                              Judgment - Page 2 of 2
DEFENDANT:       DEVONNA ROSELLE SMITH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 MONTHS, with no supervision to follow .

[✔]   The court makes the following recommendations to the Bureau of Prisons:
      The Court recommends that the defendant be incarcerated in a Northern California facility if available, but only insofar as this accords with security classification and space availability.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.
      If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


                                                         _____
                                                              UNITED STATES MARSHAL

                                                    By   _____
                                                              Deputy U.S. Marshal